UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MONJAE NYKYLE HAYNESWORTH,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>GREGORY L GREER, MEAGAN M FOLEY,<br><br>　　　　　　Defendants. | CASE NO. 3:19-CV-05229-RBL-DWC<br><br>REPORT AND RECOMMENDATION<br><br>Noting Date: July 12, 2019 |

　　　　The District Court has referred this action filed under 42 U.S.C. § 1983 to United States Magistrate Judge David W. Christel. Plaintiff MonJae Nykyle Haynesworth, proceeding *pro se* and *in forma pauperis*, initiated this civil rights action on March 27, 2019. *See* Dkt. 1. On March 9, 2019, the Court screened Plaintiff's Complaint and found it was deficient. Dkt. 5. The Court ordered Plaintiff to correct the deficiencies of the Complaint and, on March 19, 2019, Plaintiff filed an Amended Complaint. *Id.*; Dkt. 6. The Court screened Plaintiff's Amended Complaint, found it was deficient, and directed Plaintiff to correct the deficiencies in the Amended Complaint on or before June 6, 2019. Dkt. 7. The Court warned that failure to file an amended

1 complaint or adequately address the issues identified in the Order would result in the Court
2 recommending dismissal of this action pursuant to 28 U.S.C. § 1915. *Id.*

3       Plaintiff has failed to comply with the Court's Order. He has not filed a response to the
4 Order or filed an amended complaint. Further, as discussed in the Order, Plaintiff has failed to
5 state a claim upon which relief can be granted in the Amended Complaint. *See* Dkt. 7. Therefore,
6 the Court recommends this case be dismissed without prejudice pursuant to 28 U.S.C. §1915. As
7 Plaintiff failed to state a claim upon which relief could be granted, the Court finds this case
8 should be considered a "strike" under § 1915(g).

9       Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil
10 Procedure, the parties shall have fourteen (14) days from service of this Report to file written
11 objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those
12 objections for purposes of appeal. *Thomas v Arn*, 474 U.S. 140 (1985). Accommodating the time
13 limit imposed by Rule 72(b), the Clerk is directed to set the matter for consideration on July 12,
14 2019, as noted in the caption.

15       Dated this 21st day of June, 2019.

                                              David W. Christel
                                              United States Magistrate Judge