UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MONJAE NYKYLE HAYNESWORTH,

Plaintiff,

v.

GREGORY L GREER, MEAGAN M FOLEY,

Defendants.

No. 3:19-CV-05229-RBL-DWC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

THIS MATTER is before the Court the Report and Recommendation of Magistrate Judge David W. Christel [Dkt. # 8], Plaintiff Haynesworth has not filed Objections.

(1) The Report and Recommendation is **ADOPTED**.

(2) This case is dismissed without prejudice. This case constitutes a strike pursuant to 28 U.S.C. § 1915(g).

(3) As Plaintiff has not prosecuted this case or stated a claim, an appeal would not be taken in good faith. Therefore, Plaintiff's IFP status is **REVOKED**.

The Clerk shall send copies of this Order to Haynesworth's last known address and to Magistrate Judge Christel.

IT IS SO ORDERED.

**DATED** this 22nd day of July, 2019.

Ronald B. Leighton
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1